1   Richard D. Rosenberg, SBN 67336
    ROSENBERG LAW FIRM
2   55 Francisco Street, 6th Floor
    San Francisco, CA  94133
3   Telephone:  (415) 402-3302
    Facsimile:  (415) 358-5803
4

5   Attorneys for Defendant Neszhao
    Consulting Company, LLC
6

7

8             UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   TESORO REFINING & MARKETING       Case No: CV 13 1894 JCS
    COMPANY LLC, a Texas limited liability
12   company,

13            Plaintiff,         **STIPULATION EXTENDING**
                        **DEADLINE TO RESPOND**
14      vs.                  **TO COMPLAINT**

15

16   NESZHAO CONSULTING COMPANY,     Complaint Filed:  April 25, 2013
    LLC, a California limited liability company;  Trial Date:    Not Set
17   and DOES 1 through 20, inclusive,
    ,
18
             Defendant.
19

20

21

22

23

24

25      Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("TESORO")and

26   defendant NESZHAO CONSULTING COMPANY, LLC ("NESZHAO") hereby stipulate and

27

28   STIPULATION EXTENDING DEADLINE TO RESPOND
    TO COMPLAINT / Case No. CV 13 1894 JCS

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("TESORO")and defendant NESZHAO CONSULTING COMPANY, LLC ("NESZHAO") hereby stipulate and agree that NESZHAO's deadline  to respond to TESORO's Complaint shall be extended by two weeks to June 3, 2013.

DATED: May 21, 2013                    ROSENBERG LAW FIRM


By: _____
     Richard D. Rosenberg

Attorneys for Defendant
NESZHAO CONSULTING
COMPANY, LLC


DATED: May 2\_ , 2013                    MCGUIREWOODS, LLP


By: _____
     Patricia L. Victory

Attorneys for Plaintiff
TESORO REFINING & MARKETING
COMPANY LLC

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 5/22/13

STIPULATION EXTENDING DEADLINE TO RESPOND
TO COMPLAINT / Case No. CV 13 1894 JCS