1  Richard D. Rosenberg, SBN 67336
   ROSENBERG LAW FIRM
2  55 Francisco Street, 6th Floor
3  San Francisco, CA 94133
   Telephone: (415) 402-3302
4  Facsimile: (415) 358-5803

5  Attorneys for Defendant Neszhao
6  Consulting Company, LLC

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 TESORO REFINING & MARKETING         Case No: CV 13 1894 JCS
   COMPANY LLC, a Texas limited liability
12 company,
                                        **STIPULATION EXTENDING
13         Plaintiff,                   DEADLINE TO RESPOND
                                        TO COMPLAINT**
14    vs.
15
                                        Complaint Filed: April 25, 2013
16 NESZHAO CONSULTING COMPANY,          Trial Date:      Not Set
   LLC, a California limited liability company;
17 and DOES 1 through 20, inclusive,
18         ,
           Defendant.
19
20

21
22
23
24
25         Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("TESORO") and
26 defendant NESZHAO CONSULTING COMPANY, LLC ("NESZHAO") hereby stipulate and
27 ─────────────────────────────────────────────
28 STIPULATION EXTENDING DEADLINE TO RESPOND
   TO COMPLAINT / Case No. CV 13 1894 JCS

                                  1

Plaintiff TESORO REFINING & MARKETING COMPANY LLC ("TESORO") and defendant NESZHAO CONSULTING COMPANY, LLC ("NESZHAO") hereby stipulate and agree that NESZHAO's deadline to respond to TESORO's Complaint shall be extended by two weeks to June 3, 2013.

DATED: May 21, 2013

ROSENBERG LAW FIRM

By: /s/ Richard D. Rosenberg

Attorneys for Defendant
NESZHAO CONSULTING COMPANY, LLC

DATED: May 21, 2013

MCGUIREWOODS, LLP

By: /s/ Patricia L. Victory

Attorneys for Plaintiff
TESORO REFINING & MARKETING COMPANY LLC

Dated: 5/22/13

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION EXTENDING DEADLINE TO RESPOND
TO COMPLAINT / Case No. CV 13 1894 JCS

2