MCGUIREWOODS LLP
A. BROOKS GRESHAM SBN #155954
PATRICIA L. VICTORY SBN #240114
1800 Century Park East
8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
bgresham@mcguirewoods.com
pvictory@mcguirewoods.com

Attorneys for Plaintiff,
Tesoro Refining & Marketing Company LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tesoro Refining & Marketing Company LLC, a Texas limited liability company,<br><br>                Plaintiff,<br><br>       vs.<br><br>Neszhao Consulting Company, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>                Defendant. | CASE NO. 13-CV-01894-JSW<br><br>[PROPOSED] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE |

49988399.1

1

[PROPOSED] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE

1  Having read the Joint Stipulation to Continue August 9, 2013 Case Management Conference submitted by Plaintiff Tesoro Refining & Marketing Company LLC ("Plaintiff" or "Tesoro") and Defendant Neszhao Consulting Company, LLC ("Defendant" or "Neszhao")(together, the "Parties"), and good cause showing, the Court hereby continues the Case Management Conference currently scheduled for August 9, 2013 at 1:30 p.m. in Courtroom 11 to October 11 ~~September 27,~~ 2013.

IT IS HEREBY ORDERED that the August 9, 2013 Case Management Conference is continued to October 11 ~~September 27,~~ 2013 at 1:30 p.m. in Courtroom 11.

Dated: August 6, 2013

_____
Hon. Jeffrey S. White
United States District Judge

49988399.1

2

[~~PROPOSED~~] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE