MCGUIREWOODS LLP
A. BROOKS GRESHAM SBN #155954
PATRICIA L. VICTORY SBN #240114
1800 Century Park East
8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
bgresham@mcguirewoods.com
pvictory@mcguirewoods.com

Attorneys for Plaintiff,
Tesoro Refining & Marketing Company LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tesoro Refining & Marketing Company LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Neszhao Consulting Company, LLC, a California limited liability company; and DOES 1 through 20, inclusive, <br><br> Defendant. | CASE NO. 13-CV-01894-JSW <br><br> [PROPOSED] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE |

49988399.1

1

[PROPOSED] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE

1    Having read the Joint Stipulation to Continue August 9, 2013 Case Management
2 Conference submitted by Plaintiff Tesoro Refining & Marketing Company LLC ("Plaintiff" or
3 "Tesoro") and Defendant Neszhao Consulting Company, LLC ("Defendant" or
4 "Neszhao")(together, the "Parties"), and good cause showing, the Court hereby continues the Case
5 Management Conference currently scheduled for August 9, 2013 at 1:30 p.m. in Courtroom 11 to
6 ~~September 27,~~ October 11, 2013

8    IT IS HEREBY ORDERED that the August 9, 2013 Case Management Conference is
9 continued to ~~September 27,~~ October 11, 2013 at 1:30 p.m. in Courtroom 11.

11 Dated: August 6, 2013                    /s/ Jeffrey S. White
12                                          Hon. Jeffrey S. White
                                            United States District Judge

49988399.1

2

[~~PROPOSED~~] ORDER TO CONTINUE AUGUST 9, 2013 CASE MANAGEMENT CONFERENCE