```
 1  MCGUIREWOODS LLP
    A. BROOKS GRESHAM SBN #155954
 2  PATRICIA L. VICTORY SBN #240114
    1800 Century Park East
 3  8th Floor
    Los Angeles, CA  90067-1501
 4  Telephone:  310.315.8200
    Facsimile:  310.315.8210
 5  bgresham@mcguirewoods.com
    pvictory@mcguirewoods.com
 6
    Attorneys for Plaintiff,
 7  Tesoro Refining & Marketing Company LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Tesoro Refining & Marketing Company LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Neszhao Consulting Company, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. 13-CV-01894-JSW<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|---|---|

Plaintiff Tesoro Refining & Marketing Company LLC ("Plaintiff" or "Tesoro") and Defendant Neszhao Consulting Company, LLC ("Defendant" or "Neszhao") have presented to the Court a stipulation to dismiss this entire action with prejudice, in which they have represented that they have reached a complete resolution of Tesoro's claims for relief in this action, memorialized in a confidential settlement agreement and release.

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the

1  parties' confidential settlement agreement.  The terms of the parties' confidential settlement
2  agreement are hereby incorporated by reference into this order and this Court shall retain
3  jurisdiction with respect to the confidential settlement agreement and for entry of judgment
4  pursuant to the parties' Stipulation for Entry of Judgment should that become necessary.
5        IT IS SO ORDERED.

8  Dated: August 27, 2013                    _____
                                             JEFFREY S. WHITE
9                                            UNITED STATES DISTRICT JUDGE

49538692.1

2

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE