MCGUIREWOODS LLP
A. BROOKS GRESHAM SBN #155954
ARSEN KOURINIAN SBN #271966
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
bgresham@mcguirewoods.com
akourinian@mcguirewoods.com

Attorneys for Plaintiff,
Tesoro Refining & Marketing Company LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tesoro Refining & Marketing Company LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Neszhao Consulting Company, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. 13-CV-01894-JSW<br><br>**WRIT OF EXECUTION** |

## WRIT OF EXECUTION (MONEY JUDGMENT)

**TO THE MARSHAL FOR THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with daily interest and your costs as provided by law.

On September 25, 2013, a Judgment was entered in the above-entitled action in favor of Plaintiff Tesoro Refining & Marketing LLC, a Texas limited liability company, as Judgment Creditor, and against Defendant Neszhao Consulting Company, LLC, a California limited liability company, as Judgment Debtor, for:

$90,107.85 Principal

$2,640.00 Attorneys' Fees

$1,012.17 Interest

Total: $93,760.02 **JUDGMENT AS ENTERED**.

Whereas, further sums have accrued since the entry of judgment in the Northern District of California, to wit:

$0.00 Costs After Judgment

Credit must be given for payments and partial satisfaction in the amount of $0.00, which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$93,760.02 **ACTUALLY DUE** on the date of the issuance of the writ.

$93,760.02 is due on the judgment as entered and bears interest at 0.11% per annum, in the amount of $0.28 per day, from the date of issuance of this writ, to which must be added the commissions and cost of the officer executing this writ.

Date: DEC 1 3 2013

CLERK, UNITED STATES DISTRICT COURT

By: **HILARY JACKSON**

Deputy Clerk

2
WRIT OF EXECUTION

**LIST OF JUDGMENT DEBTORS TO BE SERVED**

The following is the name and address of the judgment debtor to whom a copy of the Writ of Execution must be mailed unless it was served at the time of levy. This information must be filled in by counsel requesting this writ:

>Neszhao Consulting Company, LLC,
>a California limited liability company
>291 Sussex St.
>San Francisco, CA 94131

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.